IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOUIS YOUNG,

**Plaintiff,**

v.

WAL-MART STORES, INC.,

**Defendant.**  No. 09-0503-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Young's July 17, 2009 motion to remand (Doc. 4). Specifically, Plaintiff moves the Court to remand this case arguing that there is no diversity jurisdiction as the amount in controversy is less than $75,000. As of this date Wal-Mart has not responded to the motion.[1] Thus, the Court considers this failure to respond as an admission of the merits of the motion. Accordingly, the Court **GRANTS** the motion to remand (Doc. 4). Because this Court lacks subject matter jurisdiction over Young's case, the Court **REMANDS** this matter to the Circuit Court of Madison County, Illinois.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2009.

/s/     David R Herndon
**Chief Judge
United States District Court**

---

[1] **Local Rule 7.1(c)** provides in part: "An adverse party shall have **thirty (30) days** after the service (*see* FED. R. CIV. P. 6) of the movant's motion in which to serve and file an answering brief. Failure to timely file an answering brief to a motion, may in the court's discretion, be considered an admission of the merits of the motion."